DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PENNYMAC LOAN SERVICES, LLC.,**
Appellant,

v.

**EDDY E. USTAREZ** a/k/a **EDDY USTAREZ, OSMANIS MANRESA, LONE PINE ESTATES HOMEOWNERS' ASSOCIATION, INC., FLORIDA HOUSING FINANCE CORPORATION,** and **BARBARA CATANZARO** a/k/a **BARBARA SMULIK,**
Appellees.

No. 4D22-2021

[July 13, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Judge; L.T. Case No. 2019CA001667.

Eric M. Levine, Eric S. Matthew and Adam G. Schwartz of Atlas | Solomon, PLLC, Stuart, for appellant.

Malcom E. Harrison and Michelle Moore of Law Office of Malcolm E. Harrison, P.A., Wellington, for appellee Eddy E. Ustarez a/k/a Eddy Ustarez.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***